```
                    UNITED STATES DISTRICT COURT
                            FOR THE
                       DISTRICT OF VERMONT
```

Stephen Bain,                          :
      Plaintiff,                 :
                                                 :
      v.                          : File No. 2:06CV 141
                                                 :
Windham County Sheriff,                :
Vermont State Police,                  :
Brattleboro Police                     :
Department, and                        :
Windham County States Attorney,        :
      Defendants.                 :

<u>ORDER</u>

      The Report and Recommendation of the United States Magistrate Judge was filed August 9, 2006.  After careful review of the file and the Magistrate Judge's Report and Recommendation, no objections having been filed by any party, this Court ADOPTS the Magistrate Judge's recommendations in full for the reasons stated in the Report.

      The plaintiff's Motion to Proceed In Forma Pauperis (Paper 1) is GRANTED, however, Plaintiff's complaint is DISMISSED and the accompanying motions are DENIED as moot.

      Dated at Burlington, in the District of Vermont, this 31st day of August, 2006.

                                            <u>/s/ William K. Sessions III</u>
                                            William K. Sessions III
                                            Chief Judge